**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.** **Criminal No. JRR-24-0254**

**JEANNETTE GOMEZ**

*** * * * ***

**MOTION TO WITHDRAW APPEARANCE**

Undersigned counsel for Jeannette Gomez hereby moves this Honorable Court to grant this motion to withdraw as counsel in the above-captioned case.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

Date: November 20, 2024

/s/

ELLIE MARRANZINI, #817525
Assistant Federal Public Defender
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: ellie_marranzini@fd.org