**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America,** | * | |
| | * | |
| **v.** | | **Case No.** 24-cr-254 |
| | * | |
| Jeannette Gomez | | |
| **Defendant.** | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Barry Coburn, am a member in good standing of the bar of this Court. I am moving the admission of Joseph Park to appear pro hac vice in this case as counsel for Jeannette Gomez.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia 11/17/25 | |
| | |
| | |
| | |

2. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

3. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or ______________________________, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

8. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ *Barry Coburn* | [signature] |
| Signature | Signature |
| Barry Coburn 07910 | Joseph Park |
| Printed name and bar number | Printed name and bar number |
| Coburn & Eisenstein, PLLC | Coburn & Eisenstein, PLLC |
| Office name | Office name |
| 1200 G St., NW, Suite 800, Washington, DC 20005 | 1200 G St., NW, Suite 800, Washington, DC 20005 |
| Address | Address |
| barry@coburngreenbaum.com | joseph@coburngreenbaum.com |
| Email Address | Email Address |
| 202-643-9472 | 703-915-5791 |
| Telephone number | Telephone number |
| 866-561-9712 | 866-561-9712 |
| Fax Number | Fax Number |