**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JEANNETTE GOMEZ,**<br><br>**Defendant.** | **Case No. JRR 24-cr-00254-1** |

**DEFENDANT'S EMERGENCY MOTION TO PERMIT TRAVEL**

Defendant Jeannette Gomez, by and through counsel, respectfully requests permission from the Court to travel domestically to attend the funeral of a close family member. In support of her motion, Defendant states as follows:

1. Defendant's father passed away unexpectedly on Friday, June 5, 2026 in Puerto Rico. Defendant's late father raised her and was an integral part of her life. Defendant's mother is elderly, has severe mental health issues, and will require assistance with making funeral arrangements.

2. Defendant would like to travel to Puerto Rico on June 10, 2026, through June 24, 2026, so that she can attend the funeral and assist her mother. Defendant will be the primary organizer of the funeral proceedings and is unable to determine the exact funeral date until she arrives in Puerto Rico.

3. Defendant has provided her probation officer, Rachel Snyder, with details about her visit including her travel dates, where she will be staying, and contact information for the family member she will be staying with. Defendant will also provide her travel itinerary to

Charles Sweatt, her probation officer in Orlando, and return to Florida on June 24th. Defendant has agreed to modify location monitoring to stand alone monitoring if approved for travel from June 10th to June 24th, and upon return on June 24th, home detention condition will remain in effect in Florida. Defendant has also agreed that upon return, Defendant will comply with all conditions of release and initiate mental health treatment with a contract provider in Florida as directed by Officer Sweatt. Pretrial has no objection to Defendant's requested travel. Despite attempts to reach the government on their position regarding this motion over the weekend and on Monday, Mr. Adenrele was in trial and unable to respond.

4. Accordingly, Defendant submits there is good cause for the travel requested.

Dated: June 8, 2026

Respectfully submitted,

*/s/ Barry Coburn*

Barry Coburn, MD Bar ID. 9105310009
Coburn & Eisenstein PLLC
1200 G Street, NW
Suite 800
Washington, DC 20005
Tel: 202-643-9472
Fax: 1-866-561-9712
barry@coburngreenbaum.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2026, I caused the foregoing to be filed with the Court's electronic filing system (CM/ECF), which will serve copies upon all counsel of record.

*/s/ Barry Coburn*
Barry Coburn