**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No. JRR-24-254** |
| **JEANNETTE GOMEZ, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION TO PERMIT TRAVEL**

The United States of America, by and through its undersigned counsel, has reviewed Defendant's Emergency Motion. As a result of the representations therein, the government consents to Defendant Jeannette Gomez's requested travel.

Dated: June 8, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: *_/s/ Adeyemi Adenrele_*
Adeyemi O. Adenrele
Assistant United States Attorney
District of Maryland