**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JEANNETTE GOMEZ,**<br><br>**Defendant.** | **Case No. JRR 24-cr-00254-1** |

**DEFENDANT'S UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF AUTHORIZED TRAVEL**

Defendant Jeannette Gomez, through counsel, respectfully requests permission from the Court to extend her stay in Puerto Rico in order to organize and attend the funeral of her father. In support of her motion, Defendant states as follows:

**BACKGROUND**

1. Defendant's father passed away unexpectedly on Friday, June 5, 2026, in Puerto Rico. Defendant's late father raised her and was an integral part of her life. Defendant's mother is elderly, has severe mental health issues, and will require assistance in making funeral arrangements.

2. On June 9, 2026, this Court granted Defendant's Emergency Motion for Travel, permitting Defendant to travel to Puerto Rico from June 10, 2026, through June 24, 2026, to organize and attend funeral arrangements for her father.

## GROUNDS FOR EXTENSION

3. Defendant has been unable to complete the necessary funeral arrangements within the originally authorized time period.

4. Puerto Rico is experiencing a significant public water crisis that has severely disrupted ordinary civic and commercial infrastructures across the island, including the operations of funeral homes and related service providers. On June 10, 2026, a 72-inch Superaqueduct line in Bayamon broke at three separate points[1] in conjunction with extreme heat waves, triggering the island's latest water crisis. On or around June 18, 2026, Puerto Rico Governor Jenniffer Gonzalez activated the National Guard to assist with the water crisis and support distribution efforts. The funeral home (Cementerio Buxeda) handling Defendant's father has experienced consequent operational delays since the burial process requires water, preventing Defendant from finalizing funeral arrangements. The funeral home verbally communicated to Defendant that the tentative date for the funeral would be June 27, 2026.

5. Additionally, on June 21, 2026, the Cementerio Buxeda Facebook page[2] posted the following:

---

[1] https://www.newsweek.com/water-crisis-puerto-rico-national-guard-superaqueduct-repair-12091885

[2]https://www.facebook.com/permalink.php?story_fbid=pfbid02FyMW3J7pA4FrVWmt1FdsdhJAHYoJHBjzw9Wf6gFDQiySxm1TqfhEpDCHmUQJ1Baml&id=100083148528049



Cementerio Buxeda Inc
2d ·

Aviso Importante

El Cementerio estará abierto hoy domingo, Día de los Padres, 21 de julio de 2026, en horario de 9:00 a.m. a 2:00 p.m.

Hemos estado confrontando problemas con el agua y el mantenimiento está bastante atrasado al igual que solo contamos con un solo empleado. Ya para esta semana si todo se resuelve con el sistema de Acueducto se estará continuando con el lavado de fosas.

Gracias por su comprensión. **See less**

Like Comment

The Google Translation of the Facebook post is as follows:



Aviso Importante
El Cementerio estará abierto hoy domingo, Día de los Padres, 21 de julio de 2026, en horario de 9:00 a.m. a 2:00 p.m.
Hemos estado confrontando problemas con el agua y el mantenimiento está bastante atrasado al igual que solo contamos con un solo empleado. Ya para esta semana si todo se resuelve con el sistema de Acueducto se estará continuando con el lavado de fosas.
Gracias por su comprensión

420

Important Notice
The cemetery will be open today, Sunday, July 21, 2026 (Father's Day), from 9:00 a.m. to 2:00 p.m.
We have been experiencing water-related issues, and maintenance is significantly behind schedule; additionally, we currently have only one employee on staff. Provided the water system issues are resolved, we will resume washing the burial vaults this week.
Thank you for your understanding.

6. Defendant has provided Probation officer Rachel Snyder and Pretrial Services Officer Charles Sweatt with details about her visit, including her travel dates, where she will be staying, and contact information for the family member with whom she is staying. We understand from Officer Snyder that neither she nor Officer Sweatt object to the requested extension.

7. The Government authorizes us to state that it does not oppose the request because it accepts the Defendant's statements as true. However, upon the Government's request for

documentation corroborating these statements, the Defendant was not able to provide it at the time.

8. Accordingly, Defendant submits there is good cause for the travel requested.

9. For the foregoing reasons, Defendant respectfully requests that this Court extend her travel authorization from June 24, 2026, through June 30, 2026, to allow her to complete funeral arrangements for her deceased father and care for her mother during that process.

Dated: June 23, 2026

Respectfully submitted,

*/s/ Barry Coburn*

Barry Coburn, MD Bar ID. 9105310009
Coburn & Eisenstein PLLC
1200 G Street, NW
Suite 800
Washington, DC 20005
Tel: 202-643-9472
Fax: 1-866-561-9712
barry@coburngreenbaum.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2026, I caused this motion to be filed via the Court's electronic filing system (CM/ECF), which will serve copies upon all counsel of record.

*/s/ Barry Coburn*
Barry Coburn