**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JEANNETTE GOMEZ,**<br><br>**Defendant.** | **Case No. JRR 24-cr-00254-1** |

**DEFENDANT'S UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF AUTHORIZED TRAVEL**

Defendant Jeannette Gomez, by and through counsel, respectfully requests permission from the Court to extend her stay in Puerto Rico to organize and attend the funeral of her father. In support of her motion, Defendant states as follows:

## BACKGROUND

1. Defendant's father passed away unexpectedly on Friday, June 5, 2026, in Puerto Rico. Defendant's late father raised her and was an integral part of her life. Defendant's mother is elderly, has severe mental health issues, and will require assistance with making funeral arrangements.

2. On June 9, 2026, this Court granted Defendant's Emergency Motion for Travel, permitting Defendant to travel to Puerto Rico from June 10, 2026, through June 24, 2026, to organize and attend funeral arrangements for her father.

3. On June 24, 2026, this Court granted Defendant's Motion for Extension of Travel, permitting Defendant to extend her stay in Puerto Rico from June 24, 2026, to June 30, 2026.

**GROUNDS FOR EXTENSION**

4. Defendant has been unable to complete the necessary funeral arrangements within the originally authorized period.

5. Puerto Rico is currently experiencing a significant public water crisis that has severely disrupted ordinary civic and commercial infrastructures across the island, including the operations of funeral homes and related service providers. The cemetery (Cementerio Buxeda) handling Defendant's father has experienced direct operational delays since the burial process requires water, preventing Defendant from finalizing funeral arrangements. The funeral home (Guaynabo Memorial) verbally communicated to Defendant that the tentative date for the funeral would be June 27, 2026. However, due to delays with exhumations to make space in the cemetery, the funeral date was finalized to July 2 and the burial service to July 3. The funeral home provided a letter certifying the official dates of the funeral and burial service. *See* Exhibit A.

6. Defendant has provided Probation Officer Rachel Snyder and Pretrial Services Officer Charles Sweatt with details about her visit, including her travel dates, where she will be staying, and contact information for the family member with whom she is staying. We understand from Officer Snyder that she does not object to the requested extension.

7. Defendant has purchased her return tickets scheduled to depart from San Juan at 8:15 p.m. and arrive in Orlando, Florida, at 11:15 p.m. EST on July 3, 2026. *See* Exhibit B. We ask for an extension date until July 4 in case of any departure delays.

8. The Government does not oppose the request.

9. Accordingly, Defendant submits there is good cause for the travel requested.

10. For the foregoing reasons, Defendant respectfully requests that this Court extend her travel authorization from June 30, 2026, through July 4, 2026, to allow her to complete funeral arrangements for her deceased father and take care of her mother.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Barry Coburn*
Barry Coburn, MD Bar ID. 9105310009
Coburn & Eisenstein PLLC
1200 G Street, NW
Suite 800
Washington, DC 20005
Tel: 202-643-9472
Fax: 1-866-561-9712
barry@coburngreenbaum.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2026, I caused the foregoing to be filed with the Court's electronic filing system (CM/ECF), which will serve copies upon all counsel of record.

*/s/ Barry Coburn*
Barry Coburn

# EXHIBIT A

# EXHIBIT B

12:28 5G

Confirmation Done

Flight # 1729

Boeing 737-800*

**3h 0m** · Nonstop

Departs

**San Juan** **8:15pm**

San Juan, PR - SJU

Arrives

**Orlando** **11:15pm**

Orlando, FL - MCO

## Seat details

**Jaiden A Gomez**

SJU to MCO Seat 3E - Extra Legroom

**Jeannette Gomez**

SJU to MCO Seat 3D - Extra Legroom

**Lizmarie Jimenez**

SJU to MCO Seat 3F - Extra Legroom

12:28 5G

Confirmation Done

Flight # 1729

Boeing 737-800*

**3h 0m** · Nonstop

Departs

**San Juan** **8:15pm**

San Juan, PR - SJU

Arrives

**Orlando** **11:15pm**

Orlando, FL - MCO

## Seat details

**Jaiden A Gomez**

SJU to MCO Seat 3E - Extra Legroom

**Jeannette Gomez**

SJU to MCO Seat 3D - Extra Legroom

**Lizmarie Jimenez**

SJU to MCO Seat 3F - Extra Legroom